No. 94–9782. SKAGGS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 94–9783. FELIX-SANTOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–9784. SAENZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9785. FERGUSON v. LAMB ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9786. McCOY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–9787. FORD v. CITY OF ROCKFORD ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9788. ARIAS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–9790. BROWN v. ROBEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9792. SOLIMINE v. INTERNATIONAL LAW STUDENTS ASSN. ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–9793. INIGUEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–9794. WATERS v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–9795. LONGWORTH v. WRIGHT, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 94–9796. HOLLY v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 94–9797. MITCHELL ET UX. v. KEENAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9798. FRANKLIN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 94–9799. FIELDS v. McANNALLY. C. A. 9th Cir. Certiorari denied.